CHRISTOPHER L. DUERINGER, California Bar No. 173746
CURT R. WIELE, California Bar No. 272412
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
Email:         cldueringer@bryancave.com
                   curt.wiele@bryancave.com

Attorneys for Defendant
Bank of America, N.A.
(erroneously sued as "Bank
of America Corporation /aka/
BAC Home Loans")

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| GEVORK GRIGORYAN,<br><br>An Individual<br><br>                Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA<br>CORPORATION /aka/ BAC HOME<br>LOANS, A Delaware Corporation,<br><br>                Defendant. | Case No. **12-cv-01219-MMM (PLAx)**<br><br>[Hon. Margaret M. Morrow]<br><br>**[PROPOSED] ORDER ADOPTING STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**<br><br>**[Discovery Document: Referred to Magistrate Judge Paul L. Abrams]**<br><br>Complaint Filed: February 15, 2012<br>Trial Date:        July 16, 2013 |

FOR GOOD CAUSE SHOWN, the Parties' Stipulated Confidentiality

Agreement and Protective Order IS ADOPTED.


Dated:  January 14, 2013

_____
Paul L. Abrams
United States Magistrate Judge