1  CHRISTOPHER L. DUERINGER, California Bar No. 173746
   CURT R. WIELE, California Bar No. 272412
2  **BRYAN CAVE LLP**
   120 Broadway, Suite 300
3  Santa Monica, California  90401-2386
   Telephone:  (310) 576-2100
4  Facsimile:  (310) 576-2200
   Email:     cldueringer@bryancave.com
5             curt.wiele@bryancave.com

6  Attorneys for Defendant
   Bank of America, N.A.
7  (erroneously sued as "Bank
   of America Corporation /aka/
8  BAC Home Loans")

9

10          **UNITED STATES DISTRICT COURT**

11   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

| | |
|---|---|
| 13  GEVORK GRIGORYAN, | **Case No. 12-cv-01219-MMM (PLAx)** |
| 14  An Individual | [Hon. Margaret M. Morrow] |
| 15            Plaintiff, | **[PROPOSED] ORDER ADOPTING STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** |
| 16            v. | |
| 17  BANK OF AMERICA CORPORATION /aka/ BAC HOME LOANS, A Delaware Corporation, | **[Discovery Document: Referred to Magistrate Judge Paul L. Abrams]** |
| 18 | Complaint Filed: February 15, 2012 Trial Date:      July 16, 2013 |
| 19            Defendant. | |

20

21

22

23        FOR GOOD CAUSE SHOWN, the Parties' Stipulated Confidentiality

24  Agreement and Protective Order IS ADOPTED.

25

26     Dated:  January 14, 2013

27                                    _____
                                      Paul L. Abrams
28                                    United States Magistrate Judge

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386