JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORK GRIGORYAN,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>BANK OF AMERICA CORPORATION,<br><br>　　　　Defendant(s). | CASE NO. CV 12-01219-MMM(PLAx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

*[signature: Margaret M. Morrow]*

DATED: February 27, 2013

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE